**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **CARL CREWS** | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil No. **PJM 09-560** |
| | * | |
| **NATIONAL CREDIT SYSTEMS, INC.,** | * | |
| | * | |
| Defendant | * | |

**O R D E R**

Plaintiff Carl Crews having failed to serve the Summons and Complaint upon Defendant National Credit Systems, Inc. within 120 days after the filing of the Complaint, and having failed to respond to the Court's Order allowing Plaintiff to show good cause for his failure to serve, it is, this 13th day of August, 2009,

**ORDERED**

1. The above-captioned matter is **DISMISSED WITHOUT PREJUDICE**; and

2. The Clerk of the Court is directed to **CLOSE** this case and **MAIL** a copy of this Order to Plaintiff.

/s/
**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**